UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIAL A. MUHAMMAD,<br><br>        Plaintiff,<br><br>   v.<br><br>SAMS CLUB,<br><br>        Defendant. | No. 2:14-cv-0213-TLN-KJN PS<br><br><br><u>ORDER</u> |

     Pending before the court is defendant's motion for summary judgment, or in the alternative, summary adjudication, which is presently set for hearing on October 2, 2014.  (ECF No. 10.)  On July 3, 2014, the court conducted a status (pretrial scheduling) conference in this matter.[1]

     At the status conference, the court observed that it is unavailable on the October 2, 2014 date for which the hearing on the motion for summary judgment is presently set.  Additionally, defendant's counsel tentatively indicated that defendant may wish to file a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) in lieu of a motion for summary judgment.

////

---

[1] This case proceeds before the undersigned pursuant to E.D. Cal. L.R. 302(c)(21) and 28 U.S.C. § 636(b)(1).

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for summary judgment (ECF No. 10) is denied without prejudice.
2. The October 2, 2014 hearing is vacated.
3. Defendant may re-notice its motion for summary judgment, or another appropriate motion, in accordance with Local Rule 230.[2]

IT IS SO ORDERED.

Dated:  July 9, 2014

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

---

[2] Although civil motions are typically heard on Thursdays at 10:00 a.m., the parties are encouraged to contact the undersigned's courtroom deputy at (916) 930-4187 to verify whether a particular hearing date is available prior to noticing a motion for hearing.